# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2202
Lower Tribunal No. GC2021-126

_____

SHARON BOVEE and MICHAEL BOVEE,

Appellants,

v.

CAPTAIN D'S, LLC, MOSAIC RBFL, LLC, G AND G REALTY, GP, and MICHAEL E. HAUPT as Trustee of the HAUPT FAMILY TRUST,

Appellees.

_____

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

May 7, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and MIZE, JJ., concur.


Thomas A. Burns and Shannon C. Reese, of Burns, P.A., Tampa, for Appellants.

Carol M. Rooney, of Butler Weihmuller Katz Craig LLP, Tampa, for Appellees, Mosaic RBFL, LLC, and G and G Realty GP.

No Appearance for Appellees, Captain D's LLC, and Michael E. Haupt as Trustee of the Haupt Family Trust.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED